TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-99-00728-CR

Christopher Eugene Gordon, Appellant

v.

The State of Texas, Appellee

FROM THE COUNTY COURT OF CALDWELL COUNTY

NO. 23170, HONORABLE EDWARD L. JARRETT, JUDGE PRESIDING

PER CURIAM

Christopher Eugene Gordon perfected an appeal from an order revoking community
supervision. See Tex. R. App. P. 25.2(c). Gordon represents himself on appeal. The clerk's
fee has not been paid and the clerk's record has not been filed. See Tex. R. App. P. 35.3(a). The
Court notified appellant that the appeal would be dismissed if the clerk's record was not paid for
by April 21, 2000. The Court received no response to this notice. The appeal is dismissed for
want of prosecution. See Tex. R. App. P. 37.3(b).

Before Chief Justice Aboussie, Justices Kidd and Smith

Dismissed for Want of Prosecution

Filed: May 4, 2000

Do Not Publish